UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

WILLIAM H. OLIVER, JR.
2240 Highway 33
Suite 112
Neptune, New Jersey 07753
732-988-1500
Attorney for Debtor(s)
WO-7129

Order Filed on March 29, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

SANDRA SMITH

                    Debtor

Case No.:  19-10185

Adv. No:

Hearing Date:  March 26, 2019 @ 9:00 A.M.

Chapter: 13

Judge:   Michael B. Kaplan

## ORDER TO MODIFY PROOF OF CLAIM #8 FILED BY CVI SGP ACQUISITION TRUST FROM SECURED TO UNSECURED

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED.**

**DATED: March 29, 2019**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Debtor:        Sandra Smith
Case No.      19-10185(MBK)
Caption of Order: ORDER TO MODIFY PROOF OF CLAIM #8 FILED BY CVI SGP
ACQUISITION TRUST FROM SECURED TO UNSECURED
Page 2

**THIS MATTER,** having been brought before this Court by William H. Oliver, Jr., attorney for

the Debtor for an Order to Modify Proof of Claim #8 filed by CVI SGP Acquisition Trust from

Secured to Unsecured and the Court having considered the papers submitted and any

objections, and for good cause appearing,

**O R D E R E D** that Proof of Claim #8 filed by CVI SGP Acquisition Trust shall be and is

hereby modified to an unsecured claim; and it is

**FURTHER O R D E R E D** that a copy of this Order shall be served upon the Debtor, the

Chapter 13 Trustee and all interested parties and appearing parties within _____days of the

date hereof.

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 19-10185-MBK
Sandra Smith                                                        Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin           Page 1 of 1          Date Rcvd: Mar 29, 2019
                             Form ID: pdf903        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 31, 2019.
db              +Sandra Smith,    1552 Pacific Avenue,    Beachwood, NJ 08722-4218

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 31, 2019                         Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 29, 2019 at the address(es) listed below:
          Albert   Russo   docs@russotrustee.com
          Denise E. Carlon   on behalf of Creditor   Global Lending Services, LLC dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          John R. Morton, Jr.   on behalf of Creditor   Santander Consumer USA Inc. ecfmail@mortoncraig.com,
           mortoncraigecf@gmail.com
          Rebecca Ann Solarz   on behalf of Creditor   Global Lending Services, LLC rsolarz@kmllawgroup.com
          U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov
          William H. Oliver, Jr.   on behalf of Debtor Sandra  Smith bkwoliver@aol.com,
           R59915@notify.bestcase.com
                                                                          TOTAL: 6