Form 186 – ntc13plnprior

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 19–10185–MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Sandra Smith
   1552 Pacific Avenue
   Beachwood, NJ 08722

Social Security No.:
   xxx–xx–0997

Employer's Tax I.D. No.:

## NOTICE OF MODIFICATION OF CHAPTER 13 PLAN PRIOR TO CONFIRMATION; FIXING TIMES TO REJECT PLAN, COMBINED WITH NOTICE THEREOF

A Plan was filed in this matter on 1/4/2019 and a confirmation hearing on such Plan has been scheduled for 6/25/2019.

The debtor filed a Modified Plan on 6/12/2019 and a confirmation hearing on the Modified Plan is scheduled for 8/6/2019@10:00 A.M.. Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing of the modified plan is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secured claim, such holder's acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holder's acceptance or rejection of the Plan within the time fixed.

3. The filing of a Modified Plan does not automatically adjourn the existing Confirmation hearing. Unless the Confirmation hearing is adjourned by the Trustee or the Court, the Court will hear arguments in support of the original plan on the scheduled Confirmation date, consider the reasons for filing the modified plan, and either adjourn the hearing date, confirm the plan, dismiss or convert the case, or take any other action on the original plan deemed appropriate.

   A full copy of the modified Plan will follow this notice.

Dated: June 12, 2019
JAN: vpm

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Sandra Smith  
    Debtor

Case No. 19-10185-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 3    Date Rcvd: Jun 12, 2019  
                    Form ID: 186    Total Noticed: 83

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 14, 2019.

```
db              +Sandra Smith,    1552 Pacific Avenue,    Beachwood, NJ 08722-4218
517952600       +Anthony Smith,    1552 Pacific Avenue,    Beachwood, NJ 08722-4218
518063247       +Bank of Missouri,    POB 89725,    Sioux Falls, SD 57109-9725
517952602       +Barclays Bank Delaware,    Po Box 8803,    Wilmington, DE 19899-8803
517952601       +Barclays Bank Delaware,    Attn: Correspondence,    Po Box 8801,    Wilmington, DE 19899-8801
517952603       +Brielle Orthopedics PA,    457 Jack Martin Blvd.,    Brick, NJ 08724-7776
518066320        Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
517952606       +Citimortgage,    P.O. Box 6243,    Sioux Falls, SD 57117-6243
517952628      ++FIRST SAVINGS BANK,    PO BOX 5096,    SIOUX FALLS SD 57117-5096
                (address filed with court: First Savings Credit Card,    500 E 60th St N,
                  Sioux Falls, SD 57104)
517952622       +First Nataional Bank/Legacy,    500 E 60th St N,    Sioux Falls, SD 57104-0478
517952621       +First Nataional Bank/Legacy,    Attn: Bankruptcy,    Po Box 5097,    Sioux Falls, SD 57117-5097
517952624       +First Premier Bank,    601 S Minnesota Ave,    Sioux Falls, SD 57104-4868
517952623       +First Premier Bank,    Attn: Bankruptcy,    Po Box 5524,    Sioux Falls, SD 57117-5524
517952626       +First Saving Bank / Blaze,    5501 S Broadband Ln,    Sioux Falls, SD 57108-2253
517952625       +First Saving Bank / Blaze,    Attn: Bankruptcy,    Po Box 5096,    Sioux Falls, SD 57117-5096
517952627       +First Savings Credit Card,    Attn: Bankruptcy Department,    Po Box 5019,
                  Sioux Falls, SD 57117-5019
517952634       +Hackensack Meridian Health Physician Bil,    PO Box 419801,    Boston, MA 02241-9801
517952635       +Hayt, Hayt & Landau,    2 Industrial Way West,    P.O. Box 500,    Eatontown, NJ 07724-0500
517952642       +MidAmerica Bank & Trust Company,    5109 S Broadband Ln,    Sioux Falls, SD 57108-2208
517952641       +MidAmerica Bank & Trust Company,    Attn: Bankruptcy,    Po Box 400,    Dixon, MO 65459-0400
517952643       +Navient,    Attn: Bankruptcy,    Po Box 9000,    Wiles-Barr, PA 18773-9000
518005419        Navient Solutions, LLC. on behalf of,    Educational Credit Management Corporatio,
                  PO BOX 16408,    St. Paul, MN 55116-0408
517952652      ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                  TRENTON NJ 08646-0245
                (address filed with court: State of New Jersey,    Division of Taxation,    Bankruptcy Unit,
                  P.O. Box 245,    Trenton, NJ 08695-0245)
517952648       +Santander Consumer USA,    Po Box 961245,    Ft Worth, TX 76161-0244
517952647       +Santander Consumer USA,    Attn: Bankruptcy,    Po Box 961245,    Fort Worth, TX 76161-0244
517985405       +Santander Consumer USA, Inc.,    P.O. Box 560284,    Dallas, TX 75356-0284
517952649       +Schweiger Dermatology,    368 Lakehurst Road, Suite 201,    Toms River, NJ 08755-7339
517952653        Target,    Target Card Services,    Mail Stop NCB-0461,    Minneapolis, MN 55440
517952654       +Target,    Po Box 673,    Minneapolis, MN 55440-0673
517952656       +Visa Dept Store National Bank/Macy's,    Po Box 8218,    Mason, OH 45040-8218
517952655       +Visa Dept Store National Bank/Macy's,    Attn: Bankruptcy,    Po Box 8053,    Mason, OH 45040-8053
517952657       +Water Works Pool Service,    212 Rout 9 South,    Pine Beach, NJ 08741-1510
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg              E-mail/Text: usanj.njbankr@usdoj.gov Jun 13 2019 00:55:21    U.S. Attorney,    970 Broad St.,
                  Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 13 2019 00:55:17    United States Trustee,
                  Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                  Newark, NJ 07102-5235
518066748        E-mail/PDF: resurgentbknotifications@resurgent.com Jun 13 2019 00:50:13
                  Ashley Funding Services, LLC,    Resurgent Capital Services,    PO Box 10587,
                  Greenville, SC 29603-0587
518043121        E-mail/PDF: resurgentbknotifications@resurgent.com Jun 13 2019 00:51:21    CACH, LLC,
                  Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
517952605        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 13 2019 00:51:07    Capital One,
                  15000 Capital One Dr,    Richmond, VA 23238
518016495        E-mail/PDF: resurgentbknotifications@resurgent.com Jun 13 2019 00:51:19
                  CVI SGP Acquisition Trust,    c/o Resurgent Capital Services,    PO BOX 10587,
                  Greenville, SC 29603-0587
517952604       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 13 2019 00:50:00    Capital One,
                  Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
518017029       +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jun 13 2019 01:01:46
                  Capital One Bank (USA), N.A.,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
517952607       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jun 13 2019 00:54:46    Comenity Bank/Avenue,
                  Attn: Bankruptcy Dept,    Po Box 182125,    Columbus, OH 43218-2125
517952608       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jun 13 2019 00:54:46    Comenity Bank/Avenue,
                  Po Box 182789,    Columbus, OH 43218-2789
517952609       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jun 13 2019 00:54:47    Comenity Bank/Pier 1,
                  Attn: Bankruptcy Dept,    Po Box 182125,    Columbus, OH 43218-2125
517952610       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jun 13 2019 00:54:47    Comenity Bank/Pier 1,
                  Po Box 182789,    Columbus, OH 43218-2789
517952611       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jun 13 2019 00:54:47
                  Comenity Bank/Victoria Secret,    Attn: Bankruptcy Dept,    Po Box 182125,
                  Columbus, OH 43218-2125
517952612       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jun 13 2019 00:54:47
                  Comenity Bank/Victoria Secret,    Po Box 182789,    Columbus, OH 43218-2789
```

```
District/off: 0312-3              User: admin              Page 2 of 3              Date Rcvd: Jun 12, 2019
                                  Form ID: 186             Total Noticed: 83


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
517952613      E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jun 13 2019 00:54:47      Comenity Capital Bank/HSN,
               Attn: Bankruptcy Dept,    Po Box 18215,    Columbus, OH 43218
517952614     +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jun 13 2019 00:54:47      Comenity Capital Bank/HSN,
               Po Box 182120,    Columbus, OH 43218-2120
517952615     +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jun 13 2019 00:54:48      Comenitybank/anntylr,
               Attn: Bankruptcy Dept,    Po Box 182125,    Columbus, OH 43218-2125
517952616     +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jun 13 2019 00:54:48      Comenitybank/anntylr,
               Po Box 182273,    Columbus, OH 43218-2273
517952617     +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jun 13 2019 00:54:48      Comenitycapital/bjsclb,
               Attn: Bankruptcy Dept,    Po Box 182125,    Columbus, OH 43218-2125
517952618     +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jun 13 2019 00:54:48      Comenitycapital/bjsclb,
               Po Box 182120,    Columbus, OH 43218-2120
517952619     +E-mail/Text: electronicbkydocs@nelnet.net Jun 13 2019 00:55:24      Dept of Ed / 582 / Nelnet,
               Attn: Claims,    Po Box 82505,    Lincoln, NE 68501-2505
517952620     +E-mail/Text: electronicbkydocs@nelnet.net Jun 13 2019 00:55:24      Dept of Ed / 582 / Nelnet,
               121 S 13th St,    Lincoln, NE 68508-1904
517952633      E-mail/Text: bankruptcy@glsllc.com Jun 13 2019 00:54:01      Global Lending Service,
               1200 Brookfield Blvd Ste,    Greenville, SC 29607
517952632      E-mail/Text: bankruptcy@glsllc.com Jun 13 2019 00:54:01      Global Lending Service,
               Attn: Bankruptcy,    Po Box 10437,    Greenville, SC 29603
518072875      E-mail/Text: bankruptcy@glsllc.com Jun 13 2019 00:54:01      Global Lending Services LLC,
               1200 Brookfield Blvd Ste 300,    Greenville, South Carolina 29603
517952630     +E-mail/Text: GenesisFS@ebn.phinsolutions.com Jun 13 2019 00:56:24      Genesis Financial/Jared,
               15220 Nw Greenbrier, Ste,    Beaverton, OR 97006-5744
517952629     +E-mail/Text: GenesisFS@ebn.phinsolutions.com Jun 13 2019 00:56:24      Genesis Financial/Jared,
               Genesis FS Card Services,    Po Box 4477,    Beaverton, OR 97076-4401
517952631     +E-mail/Text: bankruptcy@savit.com Jun 13 2019 00:56:12      Genesis Laboratory Management,
               c/o Savit Collection Agency,    PO Box 250,    East Brunswick, NJ 08816-0250
517952636      E-mail/Text: cio.bncmail@irs.gov Jun 13 2019 00:54:25      Internal Revenue Service,
               PO Box 7346,    Philadelphia, PA 19101-7346
518006886      E-mail/Text: JCAP_BNC_Notices@jcap.com Jun 13 2019 00:55:32      Jefferson Capital Systems LLC,
               Po Box 7999,    Saint Cloud Mn 56302-9617
517952637     +E-mail/Text: bncnotices@becket-lee.com Jun 13 2019 00:54:10      Kohls/Capital One,
               Kohls Credit,    Po Box 3120,    Milwaukee, WI 53201-3120
517952638     +E-mail/Text: bncnotices@becket-lee.com Jun 13 2019 00:54:10      Kohls/Capital One,
               N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-5660
517964311      E-mail/PDF: resurgentbknotifications@resurgent.com Jun 13 2019 00:51:21      LVNV Funding, LLC,
               Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
517952639     +E-mail/PDF: resurgentbknotifications@resurgent.com Jun 13 2019 00:51:19
               LVNV Funding/Resurgent Capital,    Attn: Bankruptcy,    Po Box 10497,
               Greenville, SC 29603-0497
517952640     +E-mail/PDF: resurgentbknotifications@resurgent.com Jun 13 2019 01:01:41
               LVNV Funding/Resurgent Capital,    Po Box 1269,    Greenville, SC 29602-1269
517952644     +E-mail/PDF: pa_dc_claims@navient.com Jun 13 2019 00:51:17      Navient,    Po Box 9500,
               Wilkes Barre, PA 18773-9500
517952645     +E-mail/Text: bankruptcy@onlineis.com Jun 13 2019 00:55:53      Online Collections,
               Attn: Bankruptcy,    Po Box 1489,    Winterville, NC 28590-1489
517952646     +E-mail/Text: bankruptcy@onlineis.com Jun 13 2019 00:55:53      Online Collections,    Po Box 1489,
               Winterville, NC 28590-1489
518056142      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 13 2019 00:51:13
               Portfolio Recovery Associates, LLC,    c/o Barclaycard,    POB 41067,    Norfolk VA 23541
517985175     +E-mail/Text: JCAP_BNC_Notices@jcap.com Jun 13 2019 00:55:32      Premier Bankcard, Llc,
               Jefferson Capital Systems LLC Assignee,    Po Box 7999,    Saint Cloud Mn 56302-7999
518068758      E-mail/Text: bnc-quantum@quantum3group.com Jun 13 2019 00:55:08
               Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,    Kirkland, WA 98083-0788
518068759      E-mail/Text: bnc-quantum@quantum3group.com Jun 13 2019 00:55:08
               Quantum3 Group LLC as agent for,    Comenity Capital Bank,    PO Box 788,
               Kirkland, WA 98083-0788
518122392     +E-mail/Text: bncmail@w-legal.com Jun 13 2019 00:55:30      SYNCHRONY BANK,
               c/o Weinstein & Riley, PS,    2001 Western Ave., Ste 400,    Seattle, WA 98121-3132
517952651     +E-mail/Text: clientservices@simonsagency.com Jun 13 2019 00:56:02      Simons Agency, Inc.,
               4963 Wintersweet Dr,    Liverpool, NY 13088-2176
517952650     +E-mail/Text: clientservices@simonsagency.com Jun 13 2019 00:56:02      Simons Agency, Inc.,
               Attn: Bankruptcy,    4963 Wintersweet Dr.,    Liverpool, NY 13088-2176
517954678     +E-mail/PDF: gecsedi@recoverycorp.com Jun 13 2019 00:50:55      Synchrony Bank,
               c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
518122336      E-mail/Text: bncmail@w-legal.com Jun 13 2019 00:55:30      TD Bank USA, N.A.,
               C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
517988089     +E-mail/Text: electronicbkydocs@nelnet.net Jun 13 2019 00:55:24      U.S. Department of Education,
               C/O Nelnet,    121 South 13th Street, Suite 201,    Lincoln, NE 68508-1911
518060783     +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jun 13 2019 01:02:01      Verizon,
               by American InfoSource as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
517952658     +E-mail/Text: bnc-bluestem@quantum3group.com Jun 13 2019 00:55:57      Webbank/Gettington,
               Attn: Bankruptcy,    6250 Ridgewood Rd,    Saint Cloud, MN 56303-0820
517952659     +E-mail/Text: bnc-bluestem@quantum3group.com Jun 13 2019 00:55:57      Webbank/Gettington,
               6250 Ridgewood Rd,    Saint Cloud, MN 56303-0820
                                                                                               TOTAL: 51
```

```
District/off: 0312-3          User: admin               Page 3 of 3              Date Rcvd: Jun 12, 2019
                              Form ID: 186              Total Noticed: 83
```

```
              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518056151*    ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
               (address filed with court:   Portfolio Recovery Associates, LLC,    c/o Barclaycard,    POB 41067,
                 Norfolk VA 23541)
cr            ##+Santander Consumer USA Inc.,    8585 N. Stemmons Fwy.,    Ste 1100-N,    Dallas, TX 75247-3822
                                                                                               TOTALS: 0, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 14, 2019                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 12, 2019 at the address(es) listed below:
              Albert   Russo    docs@russotrustee.com
              Denise E. Carlon     on behalf of Creditor    Global Lending Services, LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              John R. Morton, Jr.    on behalf of Creditor    Santander Consumer USA Inc. ecfmail@mortoncraig.com,
               mortoncraigecf@gmail.com
              Rebecca Ann Solarz     on behalf of Creditor    Global Lending Services, LLC rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
              William H. Oliver, Jr.    on behalf of Debtor Sandra   Smith bkwoliver@aol.com,
               R59915@notify.bestcase.com
                                                                                             TOTAL: 6
```